**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 256 WAL 2021

                  Respondent              :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

                    v.                       :

                                          :

ROBERT ALLEN GOOSBY,            :

                  Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.